MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 JOHN EVANS, ET AL.   vs.  WILDER CONSTRUCTION

BEFORE THE HONORABLE RALPH R. BEISTLINE
CASE NO.                4:06-CV-00035-RRB

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:     TED STEPOVICH

               DEFENDANT:     CYNTHIA DUCEY

PROCEEDINGS: STATUS CONFERENCE HELD 10/24/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re case status and possible settlement of
case.

Court and counsel heard re Mr. Stepovich's status as attorney in
this case.

Court and counsel heard re parties stipulation to dismiss case
and each party bear their own costs and fees; **GRANTED CASE
DISMISSED.**

At 9:39 a.m. court adjourned.

DATE:     October 24, 2007     DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07